**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **INDICTMENT**

3:06cr97/LAC

**NELSON PAZ-ALVARENGA**

---

**THE GRAND JURY CHARGES:**

**COUNT ONE**

That on or about August 8, 2006, in the Northern District of Florida, the defendant,

**NELSON PAZ-ALVARENGA,**

an alien who had previously been denied admission, excluded, deported, and removed, and had departed the United States while an order of exclusion, deportation and removal is outstanding, was found in the United States, having not obtained the consent of the Attorney General of the United States to reapply for admission into the United States prior to March 1, 2003, and having not obtained the consent of the Secretary of the Department of Homeland Security to reapply for admission into the United States on or after March 1, 2003.

Returned in open court pursuant to Rule 6(f)
August 15, 2006
Date
Elizabeth M. Timothy
United States Magistrate Judge

All in violation of Title 8, United States Code, Section 1326 and Title 6, United States Code, Sections 202 and 557.

**COUNT TWO**

That on or about August 8, 2006, in the Northern District of Florida, the defendant,

**NELSON PAZ-ALVARENGA,**

did knowingly possess, utter, use and attempt to use a Resident Alien Card for entry into and as evidence of authorized stay and employment in the United States, which the defendant knew to be forged, counterfeited, altered, falsely made, procured by means of a false claim and statement and otherwise unlawfully obtained.

All in violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL:

FOREPERSON

8/15/06

DATE

GREGORY R. MILLER
United States Attorney

Dixie A. Morrow

DIXIE A. MORROW
Assistant United States Attorney